UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL DONAGHE,

    Plaintiff,

v.

DR. HENRY RICHARDS *et al.*,

    Defendants

Case No. C07-5440RBL

ORDER

    This case has been referred to the undersigned Magistrate Judge. The original complaint, and the amended complaint in this action list four plaintiffs, Samuel Donaghe, Jeff Wilson, Donald Shilling, and William Dutcher (Dkt. # 1 and 6). The court ordered each plaintiff to proceed separately and ordered Mr. Donaghe to file a second amended complaint in this action (Dkt. # 9).

    Before the court is plaintiff's motion to withdraw defendant Darius Slade from this action (Dkt. # 4). In light of the court order to amend, the motion to withdraw defendant Darius Slade is **DENIED AS MOOT.**

    The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 24 day of September 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER