1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL DONAGHE,

          Plaintiff,

    v.

DR. HENRY RICHARDS *et al*.,

          Defendants

Case No. C07-5440RBL

ORDER

       This case has been referred to the undersigned Magistrate Judge.  The original complaint, and the amended complaint in this action listed four plaintiffs.  The court ordered each plaintiff to file a separate complaint (Dkt # 9).  This action is proceeding only as to plaintiff Donaghe.  Mr. Donaghe has been denied *in forma pauperis* status and has until November 18, 2007, to pay the filing fee (Dkt. # 14).

       On October 15, 2007, Mr. Donaghe, and former plaintiff Jeff Wilson, signed a letter addressed to Judge Arnold.  The letter is an *ex parte* contact even though copies of the letter were allegedly sent to persons who may at some future point in time be defendants in this action.

       The court orders the letter filed in this case.  Mr. Wilson has been ordered to file a separate action if he wishes to place his issues before the court.

       The Clerk is directed to send a copy of this Order to plaintiff and file the October 15, 2007, letter.

       DATED this 2 day of November 2007.

                 /S/ *J. Kelley Arnold*
                 J. Kelley Arnold
                 United States Magistrate Judge

ORDER